IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| CARREL T. LILES | ) | |
| | ) | |
| v. | ) | No. 3-14-1348 |
| | ) | |
| METROPOLITAN GOVERNMENT | ) | |
| OF NASHVILLE AND DAVIDSON | ) | |
| COUNTY, TENNESSEE | ) | |

CASE MANAGEMENT ORDER # 2

By contemporaneously entered order, the Court has approved and entered the parties' proposed initial case management order, except that the Court has made one modification to the parties' proposed initial case management order that was not addressed at the initial case management conference held on August 11, 2014. That modification and other matters addressed on August 11, 2014, are as follows:

1. In their proposed initial case management order, the parties had proposed a 20 page limit for memoranda without leave of Court. Although the parties are encouraged to limit their memoranda to 20 pages, leave of Court is not required unless any memorandum exceeds 25 pages. The contemporaneously entered order has been modified to that extent.

2. The parties shall propound written discovery no later than December 22, 2014.

3. Any discovery motion shall be filed by February 27, 2015. Alternatively, counsel for the parties shall, by February 27, 2015, at least schedule a telephone conference call with the Court to address any discovery issues or disputes.

As provided in the contemporaneously entered order, any dispositive motion shall be filed by May 18, 2015. Any response shall be filed within 35 days of the filing of the motion or by June 22, 2015, if the motion is filed on May 18, 2015. Any reply, if necessary, shall be filed within 14 days of the filing of the response or by July 6, 2015, if the response is filed on June 22, 2015.

No other filings in support of or in opposition to any dispositive motion shall be made after July 6, 2015, except with the express permission of the Honorable Todd J. Campbell.

No party shall file more than one Rule 12 motion to dismiss or more than one Rule 56 motion for summary judgment.

There shall be no stay of discovery before the April 17, 2015, deadline for completion of all discovery even if a dispositive motion is filed prior thereto.

In light of the deadlines provided above and the scheduling conflicts of counsel, it is requested that a jury trial be scheduled no earlier than November 17, 2015. The parties anticipate that the trial will last four (4) days.

It is so ORDERED.

_____
JULIET GRIFFIN
United States Magistrate Judge